On Remand from the Alabama Supreme Court

THOMAS, Judge.
AFFIRMED. NO OPINION.
*173 See Rule 53(a)(1) and (a)(2)(F), Ala. R.App. P.; Terry A. Moore, Alabama Workers’ Compensation § 20:47 (1998); Ex parte Wood, 69 So.3d 166 (Ala.2010); Weeks v. Herlong, 951 So.2d 670, 677 (Ala. 2006); Robbins v. Sanders, 927 So.2d 777, 785 (Ala.2005); Ex parte Fort James Operating Co., 895 So.2d 294, 297 (Ala.2004); Mobile Infirmary Med. Ctr. v. Hodgen, 884 So.2d 801, 808 (Ala.2003); Bleier v. Wellington Sears Co., 757 So.2d 1163, 1171 (Ala.2000); Motion Indus., Inc. v. Pate, 678 So.2d 724, 733 (Ala.1996); and Montgomery Coca-Cola Bottling Co. v. Golson, 725 So.2d 996, 1000 (Ala.Civ.App.1998).
THOMPSON, P.J., and PITTMAN and BRYAN, JJ., concur.
MOORE, J., concurs in the result, with writing.